UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CANDIE ROARK, Individually and on
behalf of all others similarly situated                                                    PLAINTIFF

v.                              No. 6:17-CV-06131

NATIONAL PARK MOTORS, INC., et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 11th day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE